TRINA A. HIGGINS, United States Attorney (7349)
BRIAN WILLIAMS, Assistant United States Attorney (10779)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 S Main St., Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 | Fax: (801) 325-3310 | Travis.Elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. SIMON JUHLIN, Defendant. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 2:23-CR-00430-HCN <br><br> District Judge Howard C. Nielsen |
|---|---|

Notice is hereby given of the entry of appearance of Travis K. Elder, Assistant United States Attorney, as **co-counsel** for the United States of America in the above captioned matter for the purposes of all forfeiture related matters. Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

Brian Williams (Lead Counsel)  
Assistant United States Attorney  
111 South Main St., Ste. 1800  
Salt Lake City, Utah 84111  

Travis K. Elder (Co-Counsel)  
Assistant United States Attorney  
111 South Main St., Ste. 1800  
Salt Lake City, Utah 84111  

Dated this 23rd day of January, 2024.

TRINA A. HIGGINS  
United States Attorney

/s/ **Travis K. Elder**

TRAVIS K. ELDER  
Assistant U.S. Attorney