United States Probation Office
For the District of Utah

## Report on Defendant Under Pretrial Supervision

Name of Offender:   Simon Juhlin                                      Docket No.: 2:23CR00430-001

Name of Judicial Officer:   Honorable Jared C. Bennett
                            U.S. Magistrate Judge

Date of Release: January 24, 2024

On January 24, 2024, the defendant was released after appearing on a charge of Wire Fraud, under the conditions listed in the Order Setting Conditions of Release (Dkt. 12).

After speaking with the Assistant United States Attorney and defense counsel, they indicated a no contact order was discussed at the Initial Appearance on January 24, 2024; however, it was not noted in the Order Setting Conditions of Release (Dkt. 12). Both attorneys indicated they have no objections to amending the conditions to include a no contact condition. Pretrial Services respectfully recommends the defendant's conditions be amended to include the following condition:

(c)     avoid all contact, directly or indirectly, with any person who is or may be an alleged victim, potential witness and/or codefendant in the investigation or prosecution. List of persons to be provided to the defendant by the Government.

If the Court desires more information or another course of action, please contact me at 385-602-2085.

Respectfully submitted,

By   Morgan Wahlen
     U.S. Pretrial Services Officer
     Date: July 25, 2024

THE COURT:

☑ Approves the request noted above.
☐ Denies the request noted above.
☐ Other

Honorable Jared C. Bennett
U.S. Magistrate Judge
Date: July 26, 2024